UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK, LLC;<br>ECHOSTAR TECHNOLOGIES, LLC; and<br>NAGRASTAR, LLC,<br>               Plaintiffs,<br>-v-<br>JOHN DE FOREST and ALISHIA DE FOREST,<br>               Defendants. | No. 1:17-cv-59<br><br>Honorable Paul L. Maloney |

## JUDGMENT

All pending claims have been resolved or otherwise dismissed. This Court has granted Plaintiffs' motion for default judgment against Defendants. The Court has issued a permanent injunction against Defendants. The Court awards, as statutory damages under the ECPA, $10,000, jointly and severally, against Defendants and in favor of Plaintiffs. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 12, 2017                                                   /s/ Paul L. Maloney
                                                                                                  Paul L. Maloney
                                                                                                  United States District Judge